## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03312

COUNTRYMAN NEVADA, LLC

      Plaintiff,

vs.

JOHN DOE 1, et. al.

      Defendants.

---

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF

---

COUNTRYMAN NEVADA, LLC ("Countryman"), by and through its counsel, Scott T. Kannady, of the law firm Brown & Kannady, LLC, pursuant to D.C.COLO.LCivR 7.4, discloses as follows:

1.     Countryman has no parent entity.

2.     There are no publicly held entities that own ten percent or more ownership interest in Countryman.

DATED: December 5, 2014.

**BROWN & KANNADY, LLC**


By: /s/ Scott T. Kannady
Scott Kannady, No. 29995
David J. Meretta, No. 44409
Brown & Kannady, LLC
2000 S. Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail: scott@brownlegal.com
E-mail: dmeretta@gmail.com
Attorneys for the Plaintiff