IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03312-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOE 1;
JOHN DOE 2;
JOHN DOE 3;
JOHN DOE 4;
JOHN DOE 5;
JOHN DOE 6;
JOHN DOE 7;
JOHN DOE 8; and
JOHN DOE 9,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 15, 2015 (ECF No. 16), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 15, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge